# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| vs. § | CASE NUMBER 3:18-CR-409-M |
| DWAINE CARAWAY (01) § | |

### DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW COMES**, Dwaine Caraway, Defendant in the above styled-number case, and files this Unopposed Motion For Continuance of the Sentencing Hearing date and would respectfully show the Court as follows:

### I.

The case is currently set for sentencing on **December 20, 2018 at 1:30 p.m.** Defendant's counsel has pre-planned Christmas vacation from December 13, 2018 through December 21, 2018. As such, Defendant requests that the sentencing date be reset to a date in **February 2019**. Attorney for the United States is not opposed to this request as evidenced by the certificate of conference below.

### II.

This motion is not made for the purpose of delay, but so that justice may be done.

### III.

**WHEREFORE**, Defendant prays this Unopposed Motion be granted and that the sentencing in this case be reset to another date in February 2019.

Respectfully submitted,

**PAYMA, KUHNEL & SMITH, P.C.**
PAYMA LAW CENTER
1126 N. Zang Blvd.
Dallas, Texas  75203
(214)999-0000
(214)999-1111 Facsimile

 */s/ Michael D. Payma*
**MICHAEL D. PAYMA**
Michael@pksattorneys.com
State Bar No.: 00790560


### CERTIFICATE OF CONFERENCE

I hereby certify that on October 23, 2018, I personally spoke with Mr. Andrew Wirmani, Assistant United State Attorney regarding this motion,  and he stated that was **UNOPPOSED** to the granting of this motion.


 */s/ Michael D. Payma*
**MICHAEL D. PAYMA**


### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been forwarded to Assistant United States Attorney in charge of this case, on October 23, 2018, utilizing the ECF system which sent notification of the filing and a link to an electronic copy the document to all parties that participated in the ECF system.

 */s/ Michael D. Payma*
 **Michael D. Payma**