IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DWAINE CARAWAY | No. 3:18-CR-00409-1 |

**JOINT MOTION TO CONTINUE SENTENCING**

The parties jointly move to continue the sentencing of Dwaine Caraway which is currently set for April 5, 2019.   Caraway is a key witness against Ruel Hamilton who was indicted on February 21, 2019.   *See United States v. Hamilton*, 3:19-CR-083-S. The government anticipates Hamilton's case proceeding to trial in the fall of 2019 and Caraway testifying against Hamilton in that trial.   The government believes that it is in Caraway's best interests to have the Court fully consider his cooperation before it determines his sentence.

**Joint Motion to Continue Sentencing Page 1**

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

/s/ *Andrew O. Wirmani*
ANDREW O. WIRMANI
Assistant United States Attorney
Texas Bar No. 24052287
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Tel:   (214) 659-8600
Fax: (214) 659-8809
Email: andrew.wirmani@usdoj.gov

CERTIFICATE OF CONFERENCE

I hereby certify that on April 4, 2019 I conferred with Michael Payma, counsel for Dwaine Caraway.   Mr. Payma indicated that he joined this motion to continue Caraway's sentencing.

/s/ *Andrew O. Wirmani*
Andrew O. Wirmani
Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2019 I electronically filed the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, using the electronic case filing system of the Court.   The electronic case filing system sent a "Notice of Electronic Filing" to counsel for the Defendant and the Probation Officer.

/s/ *Andrew O. Wirmani*
Andrew O. Wirmani
Assistant United States Attorney