# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| UNITED STATES OF AMERICA | No. 3:18-CR-00409-1 |
|---|---|
| v. | |
| DWAINE CARAWAY | |

## ORDER

Having considered the parties' Joint Motion to Continue Sentencing, the Court is of the view that the motion should be and hereby is **DENIED**. The Court will assume Mr. Caraway's cooperation in *United States v. Hamilton*, 3:19-CR-083-S, as described in the motion. If the Government believes a reduction is appropriate under Rule 35 after Mr. Caraway's testimony, it may file such a motion.

**SO ORDERED**.

April 4, 2019.

_____
BARBARA M. G. LYNN
CHIEF JUDGE