UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ORIGINAL

| UNITED STATES OF AMERICA | |
|---|---|
| VS | |
| DWAINE CARAWAY | 3:18CR00409-M(001) |

## ORDER SETTING ADDITIONAL TERMS OF SUPERVISED RELEASE/~~PROBATION~~

It is hereby ORDERED that the above-named defendant, while on a term of supervised release ~~or probation~~, comply with the standard conditions recommended by the U.S. Sentencing Commission and comply with the following additional conditions:

1. The defendant must not commit another federal, state or local crime.

2. The defendant must not unlawfully possess a controlled substance.

3. The defendant must cooperate in the collection of DNA as directed by the probation officer.

4. The mandatory drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

5. The defendant shall pay any remaining balance of restitution in the amount of $551,338, + $14,436.21 in interest as set out in this Judgment.

6. The defendant shall refrain from incurring new credit charges or opening additional lines of credit without approval of the probation officer unless the probation officer makes a determination that the defendant is in compliance with the payment schedule.

7. The defendant shall provide to the probation officer any requested financial information.

8. The defendant shall cooperate with the IRS, file all outstanding tax returns, and comply with any IRS requirements to pay delinquent taxes, penalties, and interest according to the schedule of payments that the IRS imposes.

Dwaine Caraway, Defendant

Signed *[signature]*
Date

Michael D. Payma *[signature]*

Signed  4-5-19
Date

Date Conditions Imposed:   4/5/19

*[signature]*
BARBARA M. G. LYNN
CHIEF JUDGE