# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | Case Number: 3:18-CR-00409-M |
| | § | |
| DWAINE CARAWAY (1), | § | |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER

Before the Court is the Government's Sealed Motion for Reduction of Sentence Pursuant to Federal Rule of Criminal Procedure 35(b)(2). The Defendant, Dwaine Caraway, was sentenced on April 5, 2019, to 56 months in prison based on his guilty pleas to conspiracy to commit honest services wire fraud and tax evasion. The Government seeks a 10-month reduction in Caraway's sentence based on substantial assistance provided to the Government, namely Caraway's testimony as a government witness in the trial of Ruel Hamilton in June 2021.

The Motion is **GRANTED IN PART**. Recognizing the relative significance of Caraway's testimony in light of the Government's other evidence, as well as issues directed to Caraway's credibility while testifying, the Court modifies its judgment filed on April 5, 2019, as follows.

The judgment is modified at page 2 so that the portion of the sentence that reads:

> The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: FIFTY-SIX (56) MONTHS. This term consists of 56 months on count 1 and 56 months on count 2, with said terms to run concurrently for a total of 56 months.

is modified to read:

> The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: FIFTY-ONE (51) MONTHS. This

    term consists of 51 months on count 1 and 51 months on count 2, with said terms to run concurrently for a total of 51 months.

In all other respects the original judgment and sentence of the Court shall stand as entered. The Clerk of Court is directed to transmit a copy of this Order to the Bureau of Prisons.

    **SO ORDERED**.

July 14, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE